UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABDULLAH BILAL,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No.  C07-5421BHS-JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 9), the remainder of the file, and no objections having been filed thereto, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 9);

(2) This action is **DISMISSED without prejudice and without costs**; and

(3) The Clerk is directed to send copies of this order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Kelley Arnold .

DATED this 4th day of June, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER